UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:15-cr-00037-4 |
| ) | Judge Trauger |
| ERIC ANTHONY McEWEN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully requests that the Court allow the United States to file the attached document under seal. In support thereof, the United States notes that the "Administrative Practices and Procedures for Electronic Case Filing (ECF)," adopted by this Court in Administrative Order #167 at Section 5.07, requires a party seeking to file documents under seal to file a motion for leave of court to do so, via the court's electronic filing system. In this case, the government seeks leave to file under seal unredacted copies of McEwen's medical records from the Bureau of Prisons, from 2019 to 2020, to assist with the Court's review of McEwen's motion for compassionate release.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

**s/ *Cecil W. VanDevender***
Cecil W. VanDevender
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for defendant Eric Anthony McEwen. In addition, I sent a copy of the sealed medical records via encrypted email to Michael C. Holley.

                                            *s/ Cecil VanDevender*
                                            CECIL VANDEVENDER